## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SHAVAUGHN CARLOS WILSON-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-638-TWP-DML |
| | ) | |
| D. MAJORS, T. ESTEB, C. TATE, D. | ) | |
| VANTREESE, T. WHITE, J. MCVAY, | ) | |
| CHRISTIE LUNSFORD, Dr. WILLIAM | ) | |
| H. WOLFE, BARKOFSKY, | ) | |
| W. WEAVER, | ) | |
| | ) | |
| Defendants. | | |

## E N T R Y

Certain claims in this civil rights action were dismissed as legally insufficient in the Entry of November 27, 2012. The motion to reconsider that ruling [Dkt. 26] does not establish either error in that ruling or a persuasive reason on which to now make a different ruling and is therefore **denied**. *See Patel v. Gonzales* 442 F.3d 1011, 1015-16 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

**IT IS SO ORDERED.**

Date: _01/03/2013_____

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Electronically Registered Counsel**

**Shavaughn Carlos Wilson-El**
**917706**
**Pendleton Correctional Facility**
**4490 West Reformatory Road**
**Pendleton, IN 46064**