**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SHAVAUGHN CARLOS WILSON-EL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>D. MAJORS, T. ESTEB, C. TATE, D. )<br>VANTREESE, T. WHITE, J. MCVAY, )<br>CHRISTIE LUNSFORD, Dr. WILLIAM )<br>H. WOLFE, BARKOFSKY, )<br>W. WEAVER, )<br>)<br>Defendants. | No. 1:12-cv-638-TWP-DML |

**E N T R Y**

Certain claims in this civil rights action were dismissed as legally insufficient in the Entry of November 27, 2012. The motion to reconsider that ruling [Dkt. 26] does not establish either error in that ruling or a persuasive reason on which to now make a different ruling and is therefore **denied**. *See Patel v. Gonzales* 442 F.3d 1011, 1015-16 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

**IT IS SO ORDERED.**

Date: 01/03/2013

*[signature]*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Electronically Registered Counsel**

**Shavaughn Carlos Wilson-El**
**917706**
**Pendleton Correctional Facility**
**4490 West Reformatory Road**
**Pendleton, IN 46064**