# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAVAUGHN CARLOS WILSON-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:12-cv-638-TWP-DML |
| ) | |
| D. MAJORS, T. ESTEB, C. TATE, ) | |
| D. VANTREESE, T. WHITE, J. MCVAY, ) | |
| CHRISTIE LUNSFORD, Dr. WILLIAM ) | |
| H. WOLFE, BARKOFSKY, ) | |
| W. WEAVER, ) | |
| Defendants. ) | |

## E N T R Y

This cause is before the courts on what the plaintiff refers to as his second motion for *Spears* hearing. A *Spears* hearing is a term of art in the Fifth Circuit, based on the decision in *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985).

The purpose of a *Spears* hearing is to flesh out the allegations of a prisoner's complaint, to determine whether *in forma pauperis* status should be granted and whether the case or claims within the case should be dismissed summarily as malicious or frivolous under 28 U.S.C. § 1915A(b). This can lead to the dismissal of the action, to the pairing of claims, to the clarification of claims, or to other constructive steps in the development of a case. *Brown v. Brooks*, 2010 WL 2772659 (E.D.La. June 17, 2010).

The Seventh Circuit does not compel a *Spears*-like procedure, nor does it condemn such procedures. This court recognizes the necessary and valuable role in the screening pursuant to § 1915A, and employs whatever procedures are

appropriate to the complaint which is presented.

As the parties are aware, the complaint in this case has been screened. The viable claims were identified by the court and the legally insufficient claims were dismissed. The plaintiff's requests for reconsideration of certain rulings have been resolved. The plaintiff's deposition has been authorized. The defendants have appeared in the action and have tendered their Answer to the complaint. A schedule for the completion of discovery and the filing of any dispositive motion has been issued. Procedurally, this case is well beyond the point to which a *Spears*-like hearing is needed. The second motion for a *Spears* hearing [Dkt. 31] is therefore denied.

**IT IS SO ORDERED.**

Date: 01/29/2013
_____

                                                 _____
                                                 Hon. Tanya Walton Pratt, Judge

**Distribution:**                                           United States District Court
                                                           Southern District of Indiana

**Electronically Registered Counsel**

**Shavaughn Carlos Wilson-El**
**917706**
**Pendleton Correctional Facility**
**4490 West Reformatory Road**
**Pendleton, IN 46064**